UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:20-cv-14187-KMM

JOHN TRIPODI,

    Petitioner,
v.

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER ON REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Petitioner John Tripodi's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ("Pet.") (ECF No. 1). The matter was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, who issued a Report and Recommendation recommending that Petitioner's Petition be DISMISSED as time barred. ("R&R") (ECF No. 13). Petitioner did not file objections and the time to do so has passed. The matter is now ripe for review. As set forth below, the Court ADOPTS the R&R.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As set forth in the R&R, Magistrate Judge Reid makes the following findings: (1) Petitioner is not entitled to statutory tolling under 28 U.S.C. § 2244(d); (2) Petitioner is not entitled to equitable tolling; (3) failure to review this 28 U.S.C. § 2254 petition on the merits will not result in a fundamental miscarriage of justice; (4) Petitioner has not met his burden for establishing the need for an evidentiary hearing; and (5) Petitioner is not entitled to a certificate of appealability. R&R at 3–10. This Court agrees.

Accordingly, UPON CONSIDERATION of the Petition, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the R&R (ECF No. 13) is ADOPTED.  Petitioner John Tripodi's Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED and no certificate of appealability shall issue.  The Clerk of Court is instructed to CLOSE this case.  All pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of October, 2020.

*K. M. Moore*
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record